**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                          Case No. 6:16-bk-07815-CCJ
                                                                Chapter 7

Orlando Cruz
aka Orlando Cruz Garcia

    Debtor.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Helen H. Albee of Henrichsen Siegel, PLLC hereby enters her appearance as counsel for Creditor Jessica Doiron in the above-styled cause. All pleadings, correspondence, notices, etc. should be served upon the undersigned in accordance with the applicable Federal Rules of Bankruptcy Procedure, Federal Rules of Civil Procedure, as applicable and the Local Rules of this Bankruptcy Court.

Respectfully submitted this 7th day of December, 2016.

    /s/Helen H. Albee
    Helen H. Albee
    Fla. Bar No. 987247
    HENRICHSEN SIEGEL, P.L.L.C.
    301 W. Bay Street, 14th Floor
    Jacksonville, Florida 32204
    (904) 381-8183
    (904) 381-8191 (facsimile)
    Halbee@hslawyers.com
    service@hslawyers.com

    *Counsel for Creditor Jessica Doiron*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record on this 7th day of December, 2016.

*s/ Helen H. Albee*
Helen H. Albee