United States Bankruptcy Court
Middle District of Florida

In re:                                                                  Case No. 16-07815-CCJ
Orlando Cruz                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-6        User: kbrickner         Page 1 of 1           Date Rcvd: Dec 05, 2016
                            Form ID: 309A           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.
```
db              Orlando Cruz,    PO Box 770864,    Orlando, FL  32877-0864
26631251       +Armstrong Teasdale LLP,    7700 Forsythe Blvd.,    Suite 1800,    Saint Louis, MO 63105-1847
26631255        Department of the Treasury,    Internal Revenue Service,    Atlanta, GA 30308
26631256       +Devnandini Rastogi,    12759 N. 102nd St.,    Scottsdale, AZ 85260-4643
26631257        Dotzauer, Runde, Leicht & Bu,    424 South Woods Mill Rd.,    Suite 320,
                 Chesterfield, MO 63017-3479
26631258       +Family Court of St. Louis MO,    501 S. Brentwood Blvd.,    Saint Louis, MO 63105-2522
26631259       +Helen Albee, Esq.,    Henrichsen Siegel,    301 West Bay St.,    14th Floor,
                 Jacksonville, FL 32202-5100
26631260       +Jessica Doiron,    c/o Dobson, Goldberg, Berns,    5017 Washington Place,    3rd Floor,
                 Saint Louis, MO 63108-1142
26631261       +Jessica Doiron, APN,    c/o Neil Henrichsen, Esq.,    Henrichsen Siegel,    1648 Osceola St.,
                 Jacksonville, FL 32204-4302
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jbadgley@badgleylawgroup.com Dec 05 2016 23:15:03      Jeffrey S Badgley,
                 Badgley Law Group,    801 N. Magnolia Avenue,    Suite 107,    Orlando, FL  32803
tr             +EDI: QCMUSSELMAN.COM Dec 05 2016 23:04:00      Carla P Musselman,    1619 Druid Road,
                 Maitland, FL 32751-4211
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Dec 05 2016 23:15:51
                 United States Trustee - ORL7/13,    Office of the United States Trustee,
                 George C Young Federal Building,    400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
26631253        EDI: BANKAMER.COM Dec 05 2016 23:04:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
26631252       +EDI: BANKAMER.COM Dec 05 2016 23:04:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
26631254       +EDI: BANKAMER.COM Dec 05 2016 23:04:00      Bank of America, N.A.,    Doc Retention - GCF,
                 CT2-515-BB-03,    70 Batterson Park Rd,    Farmington, CT 06032-2580
26631249        EDI: FLDEPREV.COM Dec 05 2016 23:03:00      Florida Department of Revenue,    Bankruptcy Unit,
                 Post Office Box 6668,    Tallahassee FL 32314-6668
26631250        EDI: IRS.COM Dec 05 2016 23:08:00      Internal Revenue Service,    Post Office Box 7346,
                 Philadelphia PA 19101-7346
26631248       +E-mail/Text: Bankruptcy@octaxcol.com Dec 05 2016 23:15:30      Orange County Tax Collector,
                 PO Box 545100,    Orlando FL 32854-5100
                                                                                               TOTAL: 9
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:
```
              Carla P Musselman    cmusselman1@cfl.rr.com, cmusselman@ecf.epiqsystems.com
              Jeffrey S Badgley    on behalf of Debtor Orlando  Cruz jbadgley@badgleylawgroup.com,
               bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Orlando Cruz** | Social Security number or ITIN   **xxx−xx−0629** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | Date case filed for chapter  **7   11/30/16** |
| Case number:   **6:16−bk−07815−CCJ** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Orlando Cruz | |
| 2. | **All other names used in the last 8 years** | aka Orlando Cruz Garcia | |
| 3. | **Address** | PO Box 770864<br>Orlando, FL 32877−0864 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey S Badgley<br>Badgley Law Group<br>801 N. Magnolia Avenue<br>Suite 107<br>Orlando, FL 32803 | Contact phone (407) 781−0420<br>Email: jbadgley@badgleylawgroup.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Carla P Musselman<br>1619 Druid Road<br>Maitland, FL 32751 | Contact phone 407−657−4951 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

| 6. **Bankruptcy Clerk's Office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | George C. Young Federal Courthouse 400 West Washington Street Suite 5100 Orlando, FL 32801 | Hours open: Monday – Friday 8:30 AM – 4:00PM  Contact phone 407–237–8000  Date: December 5, 2016 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **January 11, 2017 at 09:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location: **George C. Young Courthouse, Suite 1203–B, 400 West Washington Street, Orlando, FL 32801** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: March 13, 2017** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |