UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                              CASE NO.: 6:16-bk-07815-CCJ

ORLANDO CRUZ,

    Debtor.
_____/

**DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, DISCLOSURE OF COMPENSATION, STATEMENT OF FINANCIAL AFFAIRS & STATEMENT OF INTENTION**

COMES NOW the Debtor, Orlando Cruz, by and through the undersigned attorney, and hereby moves this Court as follows:

1. The Debtor filed a Chapter 7 Petition on November 30, 2016.

2. The Court executed a Notice of Deficiency Filing on December 5, 2016, which required the Debtor to file the Summary of Schedules, Schedules A-J, Declaration Concerning Schedules, Statement of Financial Affairs, Statement of Income, and Disclosure of Compensation within 14 days from the date of filing.

3. The undersigned attorney has been unable to meet with the Debtor to complete the additional documents needed and will need additional time to file the remaining schedules.

4. The Debtor requests that this Court grant an extension of seven days, until December 21, 2016.

**WHEREFORE**, the Debtor respectfully requests that this Court grant a 7-day extension to file Debtor's schedules, Statement of Financial Affairs, Form 22C, Disclosure of Compensation and Statement of Intention.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy was served via U.S. First Class Mail or electronic transmission to: Carla Musselman, Chapter 7 Trustee (via electronic transmission), this 14th day of December, 2016.

/s/Jeffrey S. Badgley
JEFFREY S. BADGLEY
Florida Bar No.: 0599417
Badgley Law Group
801 N. Magnolia Ave., Suite 107
Orlando, FL 32803
Tel: (407) 781-0420
Fax: (407) 781-0706
jbadgley@Badgleylawgroup.com